UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| **BARBARA HARDNETT** | * | **CIVIL ACTION NO. 16-1189** |
| **VERSUS** | * | **JUDGE ROBERT G. JAMES** |
| **AVERITT EXPRESS INC.** | * | **MAG. JUDGE KAREN L. HAYES** |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED that Plaintiff Barbara Hardnett's request for remand [Doc. No. 18] is DENIED, and the Court will exercise subject matter jurisdiction, pursuant to 28 U.S.C. § 1332, over this matter.

Monroe, Louisiana, this 14th day of December, 2016.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE